IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

22-20374

| | |
|---|---|
| In Re: **Lee A. Mendlowitz** | Bankruptcy No. |
| | Chapter **13** |
| Debtor | |
| **Lee A. Mendlowitz** Movant | Related to Document No. 1 |
| v. | |
| No Respondent | |

### NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I, **Rodney D. Shepherd**, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: **/s/ Rodney D. Shepherd**
  Signature
  **Rodney D. Shepherd**
  Typed Name
  **2403 Sidney Street**
  **Suite 208**
  **Pittsburgh, PA 15203**
  Address
  **412 471-9670**
  Phone No.
  **PA I.D.  56914 PA**
  List Bar I.D. and State of Admission

22-20374

Commonwealth of PA UCTS
Department of Labor & Industry
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121

Copper & Glass FCU
15 Monongahela Avenue
Glassport, PA 15045

County of Allegheny
c/o GRB Law
437 Grant Street, 14th Floor
Frick Building
Pittsburgh, PA 15219

Duquesne Light
c/o Bernstein-Burkley
707 Grant Street, Suite 2200
Gulf Tower
Pittsburgh, PA 15219

Export Fuel Company
231 York Lane
Export, PA 15632

Fastenal Company
Attn: Legal Department
2001 Theurer Boulevard
Winona, MN 55987

Freedom Truck Finance
c/o Vervent Finance
P.O. Box 911007
San Diego, CA 92191-1007

Glassport Borough
c/o Maiello Brungo & Maiello
100 Purity Road, Suite 3
Pittsburgh, PA 15235

Jefferson Capital Services
P.O. Box 7999
Saint Cloud, MN 56302-9617

Jiffy Capital
2376 60th Street
Brooklyn, NY 11204

Landmark Financial Services
2118 Usher Street

22-20374

Lincoln Borough
c/o Maiello Brungo & Maiello
100 Purity Road, Suite 3
Pittsburgh, PA 15235

LVNV Funding
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

PA Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

PA Dept. of Environmental Protection
c/o Richard T. Watling
400 Waterfront Drive
Pittsburgh, PA 15222

Parkway Community FCU
2100 Eden Park Blvd.
McKeesport, PA 15132

People's Natural Gas Company
c/ GRB Law
Frick Building
437 Grant Street, 14th Floor
Pittsburgh, PA 15219

South Allegheny School District
c/o Maiello Brungo & Maiello
100 Purity Road, Suite 3
Pittsburgh, PA 15235

T-Mobile/T-Mobile USA
c/o American Inforsource
P.O. Box 248848
Oklahoma City, OK 73124-8848