IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | LEE A. MENDLOWITZ, | : | Bankruptcy No. 22-20374 CMB |
| | | : | |
| | Debtor | : | |
| | | : | Chapter 13 |
| | LEE A. MENDLOWITZ, | : | |
| | Movant | : | |
| | | : | Docket No. 5 |
| | v. | : | Related to Docket No. 1 |
| | | : | |
| | NO RESPONDENT. | : | |

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

  __x__  Voluntary Petition - *Specify reason for amendment*: (The Petition is currently in the name of the Debtor, Lee A. Mendlowitz. It should be amended to Lee A. Mendlowitz aka Heirs of Sidney Mendlowitz)

    <u>Official Form 6 Schedules</u> (Itemization of Changes Must Be Specified)
  _____  Summary of Schedules
  _____  Schedule A - Real Property
  _____  Schedule B - Personal Property
  _____  Schedule C - Property Claimed as Exempt
  _____  Schedule D - Creditors holding Secured Claims
        Check one:
          _____  Creditor(s) added
          _____  NO creditor(s) added
          _____  Creditor(s) deleted
  _____  Schedule E - Creditors Holding Unsecured Priority Claims
        Check one:
          _____  Creditor(s) added
          _____  NO creditor(s) added
          _____  Creditor(s) deleted
  _____  Schedule F - Creditors Holding Unsecured Nonpriority Claims
        Check one:
          _____  Creditor(s) added
          _____  NO creditor(s) added
          _____  Creditor(s) deleted
  _____  Schedule G - Executory Contracts and Unexpired Leases
        Check one:
          _____  Creditor(s) added
          _____  NO creditor(s) added
          _____  Creditor(s) deleted
  _____  Schedule H - Codebtors
  _____  Schedule I - Current Income of Individual Debtor(s)
  _____  Schedule J - Current Expenditures of Individual Debtor(s)
  _____  Statement of Financial Affairs

_____  Chapter 7 Individual Debtor's Statement of Intention
_____  Chapter 11 List of Equity Security Holders
_____  Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
_____  Disclosure of Compensation of Attorney for Debtor
_____  Other  _____

Date: 3/7/2022

/s/ Rodney D. Shepherd
Attorney for Debtor(s)
Rodney D. Shepherd, Esquire
PA I.D. No. 56914
rodsheph@cs.com

2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
412-471-9670

_____                    _____

Amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.